**Order filed February 14, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00968-CR

_____

**GUADALUPE WALLY RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 209th District Court
Harris County, Texas
Trial Court Cause No. 1481921**

## ORDER

On January 10, 2017, this court issued an order to the Harris County District Clerk to file a supplemental clerk's record by January 20, 2017. The court has not received the supplemental clerk's record.

Accordingly, the Harris County District Clerk is ordered to file the ordered supplemental record by **February 24, 2017**, containing the following document: **the judgment**.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record in each appeal containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM